UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LACEY MAJORIE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5258** |
| **SECURE PATIENT DELIVERY, LLC, ET AL.** | **SECTION "O"** |

**CONDITIONAL ORDER OF DISMISSAL**

United States Magistrate Judge Michael B. North has informed the Court that this case settled during a January 18, 2024 settlement conference.[1]

Accordingly,

**IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days. The Court retains jurisdiction for all purposes, including enforcing the parties' settlement. Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified not to appear.

New Orleans, Louisiana, this 24th day of January, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 42.